People of the State of Illinois, Plaintiff-Appellee, v. Albert Lawrence (Impleaded), Defendant-Appellant.

Gen. No. 51,612. █

First District, Third Division.
November 14, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Professor James R. Thompson, Northwestern University School of Law, James J. Doherty and Marshall J. Hartman, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Robert B. Rosen, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.